| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Kenneth M. Reid<br><br><br><br>Debtor(s) | Case No.: 20-22771 / MBK<br><br>Chapter 13<br><br>Hearing Date: 2/2/21 at 9:00 AM<br><br>Judge: Michael B. Kaplan |

**CERTIFICATION IN SUPPORT OF TRUSTEE'S PRE-CONFIRMATION MOTION TO DISMISS**

This matter is being brought before the court for the following reason(s):

☒ The debtor failed to file a feasible plan.

☒ Failed to provide required 341 documents to the Trustee to conduct a hearing.

☐ Debtor has not made any plan payments.

I, Anita Travea, an employee in the office of the Standing Chapter 13 Trustee, hereby certify that the information contained in this Certification is true and correct to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 01/04/2021                                                                                          /s/ Anita Travea
                                                                                                                        Anita Travea